```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/22
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                                              1:22-CR-329 (MKV)

      -against-                                              **ORDER**

JOSE RIVERA

    Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

  IT IS HEREBY ORDERED that the sentencing scheduled for September 28, 2022 is ADJOUNRED to January 5th 2023 at 2pm.  The hearing will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, Courtroom 18C.

  IT IS FURTHER ORDERED defense sentencing submissions shall be due December 22nd and the Government's response shall be due December 29th.


**SO ORDERED.**

**Date: August 31, 2022**

              *Mary Kay Vyskocil*
              HONORABLE MARY KAY VYSKOCIL
              UNITED STATES DISTRICT JUDGE
              SOUTHERN DISTRICT OF NEW YORK