```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE RIVERA,

Defendant.

1:22-cr-00329-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

Defendant has made a motion for reduction in his sentence and requested the appointment of counsel. [ECF No. 31]. The Probation Department has issued a report indicating the Defendant is eligible for a reduction. [ECF No. 30]. The Government filed its statement of position on the sentence reduction, but no response has been filed by Defendant. [ECF No. 33]. Thereafter, the Federal Defenders of New York notified the Court that they are unable to represent Mr. Rivera due to a conflict of interest. [ECF No. 34]. Thereafter, the Court appointed Michael D. Bradley to represent the Defendant in connection with his motion for a reduction in his sentence in light of Amendment 821. [ECF No. 35].

Accordingly, IT IS HEREBY ORDERED that Defendant shall file its response to the statement of the Government on or before April 10, 2025.

**SO ORDERED.**

Dated: March 31, 2025
New York, NY

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
**United States District Judge**