```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————§

UNITED STATES OF AMERICA,  § 
Respondent,                §   CRIMINAL NO. 1:22-cr-00329-MKV
                           §
     -against-             §   MOTION/LETTER TO THE DISTRICT COURT FOR
                           §   EXTENTION OF TIME TO FILE HIS MOTION SECTION
JOSE RIVERA,               §   3582(c)(1)(A) FOR COMPASSIONATE RELEASE
Petitioner.                §
                           §

————————————————————

On August 21, 2025 this Honorable Judge granted Jose Rivera's motion section 3582(c)(2) under amendment 821. The district court reduced his sentence to 102 months. All other components of the sentence remains as originally imposed.

Also in this order this court ordered to Mr. Rivera's counsel to discuss the merits of a potential motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1).

Mr. Rivera and his counsel they having issues of communication. The district court ordered that his motion under 18 U.S.C. § 3582(c)(1) was DENIED without prejudice to renewal. This court also gave his counsel to file a letter on or before October 2, 2025 advising the Court whether Mr. Rivera intends to move for resentencing pursuant to 18 U.S.C. § 3582(c)(1), including a more fulsome explanation of why he is permitted to do so. See order DE-38.

Based in this petitioner's reason, he want to proceed with this proceeding being a Prose, so he ask respectfully to the district court to grant this motion/letter to the petitioner file his own prose motion under 18 U.S.C. § 3582(c)(1). He ask respectfully to this court to grant a extention of time to petitioner file his prose motion under the compassionate release extraordinary and compelling reason presented in this case.

Date: Sept 18th, 25

Respectfully submitted.

_____
Jose Rivera # 81567-509
FCI Ray Brook
P.O. Box 900
FEDERAL CORRECTIONAL INST.
RAY BROOK, NY 12977

IT IS HEREBY ORDERED that Defendant's request for an extension of the deadline to file a *pro se* motion for a sentence reduction pursuant to 18 U.S.C § 3582(c)(1) is GRANTED.

IT IS FURTHER ORDERED that Defendant shall file his motion on or before October 24, 2025.

IT IS FURTHER ORDERED that the Government shall file its opposition on or before November 7, 2025.

IT IS FURTHER ORDERED that, if Defendant chooses to file a reply, he shall file his reply on or before November 21, 2025. The Clerk of Court is respectfully requested to mail this order to Defendant's last known address. [ECF No. 39] and to close motions at docket entries 37 and 39.

SO ORDERED.

Date: 10/3/2025
New York, New York

Mary Kay Vyskocil
United States District Judge